■ In the Matter of PENN ASSOCIATES et al., Appellants, v BOARD OF AS-SESSORS OF THE COUNTY OF NASSAU et al., Respondents. — Order of the Supreme Court, Nassau County, dated May 21, 1979, affirmed, without

costs or disbursements (see *Matter of Axinn Co. [United Catalog Publishers] v Board of Assessors of County of Nassau,* 81 AD2d 667). Lazer, J. P., Mangano, Cohalan and O'Connor, JJ., concur.